IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEE ANDREW FOSTER, JR.**  **PLAINTIFF**
**ADC #142627**

v.  No. 4:24-cv-00654-LPR

**HUNTER B. WRIGHT, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE